UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

UNITED STATES OF AMERICA )  MAG. NO. 1:07MJ _80_
          v. )
JAMES OTIS HENDERSON )  UNDER SEAL

## ORDER

This matter having come before the Court pursuant to a motion by the United States to seal the Criminal Complaint and the affidavit in support of the Application for Arrest Warrant in this matter, and the Court having found good cause to grant such motion, it is hereby

**ORDERED**, that the Criminal Complaint and the affidavit in support of the Application for Arrest Warrant in this matter, as well as the Government's Motion to Seal, are **SEALED** until further order of the Court.

**IT IS SO ORDERED** this _3 1_ day of July, 2007.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE